UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 08-0240-EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| BANG T. TANG, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BANG T. TANG, Case No. MAG. 08-0240-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

    _X_   Unsecured Appearance Bond - ($25,000.00)

    _X_   Appearance Bond with Surety - ($25,000.00)

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered released forthwith on a $25,000.00 unsecured bond, co-signed by his mother, pending the filing of the secured bond paperwork due by 07/30/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   07/22/08   at 3:20pm.

By _____
Edmund F. Brennan
United States Magistrate Judge